UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LORETHA COTTON-THOMAS, Individually
and on Behalf of Other Similarly Situated Individuals                                PLAINTIFF

vs.                                                                                                          CAUSE NO. 3:20-CV-113-GHD-RP

VOLVO GROUP NORTH AMERICA, LLC                                                      DEFENDANT

### ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Plaintiff's motion seeking to have the Court certify this case as a collective action under the Fair Labor Standards Act [Doc. No. 27] is DENIED;

(2) the putative class members' claims shall be DISMISSED WITHOUT PREJUDICE; and

(3) the individual claims of the named Plaintiff, Loretha Cotton-Thomas, shall PROCEED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 25th day of May, 2021.

_____
SENIOR U.S. DISTRICT JUDGE