IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LORETHA COTTON-THOMAS, Individually
and on Behalf of Other Similarly Situated Individuals                                   PLAINTIFF

vs.                                                                         CAUSE NO. 3:20-CV-113-GHD-RP

VOLVO GROUP NORTH AMERICA, LLC                                                          DEFENDANT

## ORDER DISMISSING ACTION

The Court has been advised by counsel that this action has been resolved or is in the process of being resolved. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court ORDERS that the action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the resolution of this matter has not been completed and further litigation is necessary.

SO ORDERED, this, the __18th__ day of October, 2021.

_____
SENIOR U.S. DISTRICT JUDGE